## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Trustees of the Electrical Workers Local 292 Pension Plan, Jeff Heimerl and Fred Jahnke, and each of their successors, | Civil No. 12-575 (RHK/JJK) |
| Plaintiffs, | |
| vs. | **ORDER OF DISMISSAL** |
| Precision Machine Control, Inc. and Precision Maintenance Concepts, Inc., | |
| Defendants. | |

_____

Pursuant to the Notice of Voluntary Dismissal Without Prejudice filed by Plaintiffs (Doc. No. 7), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 15, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge