## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Trustees of the Electrical Workers Local 292 Pension Plan, Jeff Heimerl and Fred Jahnke, and each of their successors,<br><br>Plaintiffs,<br><br>vs.<br><br>Precision Machine Control, Inc. and Precision Maintenance Concepts, Inc.,<br><br>Defendants. | Civil No. 12-575 (RHK/JJK)<br><br><br><br><br>**ORDER OF DISMISSAL** |

_____

Pursuant to the Notice of Voluntary Dismissal Without Prejudice filed by Plaintiffs (Doc. No. 7), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 15, 2012

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge